UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GREGERY GRIMES, INDIVIDUALLY                                         Plaintiffs
AND ON BEHALF OF OTHERS
SIMILARLY SITUATED,

v.

Civil Action No. 3:18-cv-518-RGJ

MODCO, INC.                                                          Defendant

## **JUDGMENT**

For the reasons set forth in the Order entered this date granting Defendant's Motion to Dismiss insofar as it seeks to compel arbitration, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to strike this matter from the active docket.

There being no just cause for delay, this is a final and appealable order.